IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARNEST SCOTT, JR. : CIVIL ACTION
:
v. :
:
PHILADELPHIA DEPARTMENT OF :
PRISONS, WARDEN GERALD MAY, :
C/O CARMONA, C/O COFIELD, C/O :
LAWRENCE, and MAJOR BELLA : NO. 18-71

# ORDER

**NOW,** this 3rd day of April, 2019, upon consideration of the Defendants' Motion to Dismiss for Failure to State a Claim (Document No. 66) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the plaintiff is granted leave to file an amended complaint with respect to his failure to train claim only no later than **April 19, 2019**.

/s/TIMOTHY J. SAVAGE